IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00137-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY BRYANT CHAMPION,

    Defendant.

ORDER

This matter comes before the court on the United States' Motion for Victims to Appear by Video Teleconference. DE 31. The United States asks that the minor victim, who lives with her father in Africa, her father, and her mother, who lives in Thailand, be permitted to appear at Defendant's sentencing by Video Teleconference. As explained below, the motion is granted.

A "crime victim has . . . the right to be reasonably heard at any public proceeding in the district court involving . . . sentencing." 18 U.S.C. § 3771(a)(4). "In the case of a crime victim who is under 18 years of age, . . . the legal guardians of the crime victim . . . may assume the crime victim's rights." *Id.* § 3771(e)(2)(B). Thus, both the minor victim and her parents have the right to be reasonably heard at sentencing. Defendant, however, objects to the minor victim's mother attending, explaining that he "cannot reasonably consent to the appearance of Minor Victim 1's [mother] at the sentencing hearing, via electronic means or otherwise." DE 32 at 2. But defendant has neither the right to object nor consent to a minor victim's parents attending sentencing. Likewise, their attendance is not a matter left to the court's discretion but instead a right protected by federal law. The United States has communicated the parents' intention to

exercise those rights and merely seeks the convenience of their attendance via Video Teleconference.

Accordingly, and for good cause shown, the United States' motion is GRANTED. DE 31. The court's case manager shall provide instructions for the victims to access the Video Teleconference.

SO ORDERED this __14th__ day of January, 2026.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 5:25-cr-00137-M-KS   Document 39   Filed 01/14/26   Page 2 of 2