IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00137-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JEFFREY BRYANT CHAMPION,

     Defendant.

ORDER

The court has received communication from the Bureau of Prisons that Defendant's USM number is incorrect on the Presentence Report, Judgment, and Statement of Reasons in this matter. Under Rule 36 of the Federal Rules of Criminal Procedure, "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment . . ." Fed. R. Crim. P. 36. The court considers this order to be sufficient notice and will prepare and docket new copies of those documents with the correct USM number. Additionally, because Defendant has appealed this court's Judgment, the Clerk of the Court is directed to provide sufficient notice of these clerical corrections to the Fourth Circuit.

SO ORDERED this __30th__ day of April, 2026.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE